```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FEDERAL HOUSING FINANCE AGENCY,         :    11 Civ. 6202 (DLC)
                                        :
                            Plaintiff,  :       ORDER
            -v-                         :
                                        :
MERRILL LYNCH & CO., INC., et al.,      :    Also filed in
                                        :    11 Civ. 5201 (DLC)
                            Defendants. :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

In a dated August 14, 2012, defendant Merrill Lynch ("Merrill") requests a conference at which it will seek leave to file a motion for reconsideration of the Court's July 31 ruling regarding discovery of documents held on the "whole loan" side of the GSEs' businesses. The letter and proposed memorandum of law that accompanied it reiterate arguments that Merrill and other defendants in this litigation made in their written submissions to the Court in anticipation of the conference during which the ruling at issue was entered. Certain other defendants in this litigation have submitted a joint letter addressing Merrill's application, as has the plaintiff. Having considered the arguments made in all three submissions, it is hereby

ORDERED that Merrill's August 14 application is denied.


SO ORDERED:

Dated:    New York, New York
          August 28, 2012

                                     _____
                                          DENISE COTE
                                     United States District Judge