```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   11 Civ. 5201 (DLC)
                                        :   11 Civ. 6188 (DLC)
FEDERAL HOUSING FINANCE AGENCY,         :   11 Civ. 6189 (DLC)
                                        :   11 Civ. 6190 (DLC)
                    Plaintiff,          :   11 Civ. 6192 (DLC)
                                        :   11 Civ. 6193 (DLC)
        -v-                             :   11 Civ. 6195 (DLC)
                                        :   11 Civ. 6196 (DLC)
                                        :   11 Civ. 6198 (DLC)
UBS AMERICAS INC., et al.,              :   11 Civ. 6200 (DLC)
                                        :   11 Civ. 6201 (DLC)
                    Defendants;         :   11 Civ. 6202 (DLC)
                                        :   11 Civ. 6203 (DLC)
And other FHFA cases.                   :   11 Civ. 6739 (DLC)
                                        :   11 Civ. 7010 (DLC)
                                        :
----------------------------------------X        ORDER
```

DENISE COTE, District Judge:

Having reviewed the parties' recent submissions in connection with two outstanding discovery issues to be addressed at a conference this week, the allocation of the costs associated with identification and indexing of Guidelines in the Ally action and the adequacy of defendants' disclosures regarding non-Supporting Loan Group sets, the Court has concluded that the conference can be conducted in less than an hour. Accordingly, it is hereby

ORDERED that a telephone conference will be held on Friday, May 17, 2013, at 2:30 p.m.


Dated:     New York, New York
           May 14, 2013

                              _____
                                      DENISE COTE
                              United States District Judge