Merrill Lynch Re-underwriting Expert Report

August 21, 2013

<u>Via Electronic Mail</u>

The Honorable Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

AUG 22 2013

Re:   <u>FHFA v. Merrill Lynch & Co., Inc.</u>, 11 Civ. 6202 (DLC)

Dear Judge Cote:

We write on behalf of the Plaintiff Federal Housing Finance Agency ("FHFA") and the Merrill Lynch defendants regarding FHFA's August 23, 2013 deadline to serve its re-underwriting expert report. The parties jointly propose that while they meet and confer on an expert schedule consistent with the Court's guidance at the August 14, 2013 status conference, the current date for FHFA to serve its re-underwriting expert report of August 23, 2013 be adjourned. The parties anticipate presenting the Court with a Stipulation and [Proposed] Order regarding the pretrial schedule, or any scheduling disagreements they might have, on or before September 6, 2013.

Respectfully submitted,

/s/ Manisha M. Sheth
Manisha M. Sheth
(manishasheth@quinnemanuel.com)
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

/s/ Ryan Scarborough
Ryan Scarborough
(rscarborough@wc.com)
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

*Attorney for Plaintiff in FHFA v. Merrill Lynch & Co., Inc.*

*Attorney for Defendants in FHFA v. Merrill Lynch & Co., Inc.*

cc:   All Counsel of Record

USDC SDNY
DOCUMENT
ELECTRONICALLY
8/22/2013

Granted.
Denise Cote
8/22/13

1