VIA ECF                                                            March 6, 2014

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007-1312

      Re:     FHFA Actions, No. 11-cv-6189, et al. (DLC) (S.D.N.Y.)         3/6/2014

Dear Judge Cote:

     We write to request permission from the Court with respect to FHFA's anticipated response to Defendants' submissions of last night. Defendants submitted a total of eight pages of letters, with an additional thirty-six pages of attorney declarations, all on the subject of FHFA's privilege log.

     To the extent that the Court will consider Defendants' submissions in their current form, FHFA respectfully requests that it be allowed to respond with a single letter not to exceed eight pages – and additional attorney declarations should they be necessary to respond to Defendants' submissions – by no later than March 14, 2014.

                                           Respectfully submitted,

*[Handwritten: Granted. Denise Cote 3/6/14]*

| | |
|---|---|
| /s/ Philippe Z. Selendy | /s/ Richard A. Schirtzer |
| Philippe Z. Selendy | Richard A. Schirtzer |
| (philippeselendy@quinnemanuel.com) | (richardschirtzer@quinnemanuel.com) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Adam Abensohn |
| 51 Madison Avenue, 22nd Floor | (adamabensohn@quinnemanuel.com) |
| New York, New York 10010 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| (212) 849-7000 | 51 Madison Avenue, 22nd Floor |
| *Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Goldman, Sachs & Co.* | New York, New York 10010 |
| | *Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. HSBC North America Holdings, Inc. and FHFA v. Nomura Holding America, Inc.* |
| /s/ Christine H. Chung | /s/ Manisha M. Sheth |
| Christine H. Chung | Manisha M. Sheth |
| (christinechung@quinnemanuel.com) | (manishasheth@quinnemanuel.com) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 51 Madison Avenue, 22nd Floor | 51 Madison Avenue, 22nd Floor |

New York, New York 10010
*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. First Horizon National Corp., FHFA v. Bank of America Corp., and FHFA v. Credit Suisse Holdings (USA), Inc.*

/s/ Eric B. Bruce
Eric B. Bruce
(eric.bruce@kobrekim.com )
Steven W. Perlstein
(steven.perlstein@kobrekim.com)
David McGill
(David.McGill@kobrekim.com)
Brad H. Samuels
(Brad.Samuels@kobrekim.com)
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
(212) 488-1203

*Attorneys for Plaintiff Federal Housing Finance Agency in FHFA v. HSBC North America Holdings Inc., FHFA v. Barclays Bank Plc, FHFA v. First Horizon National Corporation, FHFA v. Bank of America Corporation, FHFA v. Goldman, Sachs and Co., FHFA v. Credit Suisse Holdings (USA), Inc., FHFA v. Nomura Holding America, Inc., FHFA v. Merrill Lynch & Co., Inc., and FHFA v. Ally Financial Inc.*

New York, New York 10010
*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Barclays Bank PLC and FHFA v. Merrill Lynch & Co., Inc.*

/s/ Kanchana Wangkeo Leung
Kanchana Wangkeo Leung
(kleung@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019

*Attorney for Plaintiff Federal Housing Finance Agency in FHFA v. Ally Financial Inc.*

cc: All Counsel of Record