MAYER·BROWN

Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel +1 202 263 3000
Main Fax +1 202 263 3300
www.mayerbrown.com

**Reginald R. Goeke**
Direct Tel +1 202 263 3241
Direct Fax +1 202 263 5241
rgoeke@mayerbrown.com

March 7, 2014

**BY ECF**

The Honorable Denise L. Cote
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1610
New York, NY 10007-1312

Re:   *FHFA Actions*, No. 11-cv-5201, *et al.* (S.D.N.Y.) (DLC)

Dear Judge Cote:

We write with respect to Defendants' anticipated response to FHFA's submissions of March 5, 2014. As this Court has ordered with respect to FHFA's response to Defendants' March 5, 2014 submissions, Defendants respectfully request that they be allowed to respond to FHFA's submission with a two-page letter, together with supporting exhibits as needed, by no later than March 14, 2014.

Respectfully submitted,

   /s/ *Reginald R. Goeke*
Reginald R. Goeke

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.